

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2016

No. 04-16-00591-CV

**IN RE** David Gordon **LEWIS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

On September 16, 2016, Relator filed a petition for writ of mandamus and an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court no later than October 3, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's Order on Motion for Enforcement signed on September 16, 2016, is stayed pending final resolution of the petition filed in this court.

It is so **ORDERED** on September 16, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 15-521-CCL, styled *In the Matter of the Marriage of David Gordon Lewis and Debra Grace Lewis and in the Interest of W.G.L. and E.G.L., Minor Children*, pending in the County Court at Law, Kendall County, Texas, the Honorable William R. Palmer Jr. presiding.